83,236-01

Stevie Wyre
T.D.C.J # 1858012
Eastham Unit
21665 Prison Rd. #1
Lovelady, Texas 75851

July 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

Att: Abel Acosta "Clerk"
Court of Criminal Appeal of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE:    To (WR 83,236-01)

Dear Clerk,

　　　The purpose of this letter is to inquiry on the status of the Habeas Corpus writ - WR 83,236-01. Also did you Received the Memorandum of law in Support of Application. Thank you !!

Sincerely,

Stevie Wyre
# 1858012

cc/